# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHANE LESTER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV316 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GARRETT AVIATION SERVICES, LLC | ) | |
| d/b/a LANDMARK AVIATION, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Request to Require Neb Civ R 16.2(a)(2)(F) Discovery Designations (Filing No. 60). The plaintiff filed no opposition to the motion.

On February 2, 2009, the court enter a progression order stating:

> In accordance with NEGenR 1.1(c), unless otherwise ordered, the requirement of NECivR 16.2(a)(2)(F) [Jan. 26, 2007], of designating discovery intended to be utilized at trial, is suspended for this case; motions to require such designations may be filed not later than fifteen days prior to the deposition deadline.

**See** Filing No. 59 ¶ 4(b). The deposition deadline in this case is September 4, 2009. *Id.* ¶ 2(a). The defendant filed the instant motion on February 10, 2009. **See** Filing No. 60. Accordingly, the defendant's motion was filed within the time period designated in the order.

The reference to NECivR 16.2(a)(2)(F) indicates the Civil Rules of the United States District Court for the District of Nebraska (Nebraska Civil Rules) in effect prior to October 26, 2007. Before a change in the Nebraska Civil Rules on October 26, 2007, NECivR 16.2(a)(2)(F) provided:

> The parties shall separately list portions of all depositions (by page and line number), answers to written interrogatories, and requests for admissions which are expected to be offered in evidence. The opposing party shall list all objections thereto, including those under Federal Rule of Civil Procedure 32(a) or the Federal Rules of Evidence. <u>Objections not so disclosed, other than objections under Federal Rules of Evidence 402</u>

> <u>and 403, shall be deemed waived unless excused by the court for good cause shown.</u>  The court, if possible, will rule on the objections prior to trial.

NECivR 16.2(a)(2)(F) (emphasis in original).

This requirement was eliminated from the Nebraska Civil Rules on October 26, 2007.  **See** NECivR 16.2 (Oct. 26, 2007).  However, the court may, at its discretion, require the parties to provide the designations.  The defendant argues the designations are helpful to identify issues, prepare to counter-designate discovery, and streamline the trial process.  The court finds designation of deposition testimony and other discovery is appropriate and will benefit the proceedings in this case.  Upon consideration,

**IT IS ORDERED:**

1. The defendant's Request to Require Neb Civ R 16.2(a)(2)(F) Discovery Designations (Filing No. 60) is granted.

2. On or before **September 9, 2009**, each party shall provide to all other parties with the following information regarding the evidence that it may present at trial other than solely for impeachment purposes:  1) The portions of each deposition, designated by page and line, that it intends to offer and 2) each discovery response of another party it intends to offer.  Such designations and any objections thereto shall also be included in the final pretrial conference order.  Objections not so disclosed, other than objections under Federal Rules of Evidence 402 and 403, shall be deemed waived unless excused by the court for good cause shown.

DATED this 3rd day of March, 2009.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge